**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER

Appellate case name:        In re Miguel Angel Becerra

Appellate case number:     01-17-00406-CV

Trial court case number:   1093017

Trial court:                County Civil Court at Law No. 3 of Harris County

Relator, Miguel Angel Becerra, has filed a petition for writ of mandamus and a motion for an emergency stay. The Court requests that real part in interest file a response to the motion for emergency relief by no later than **12pm on Thursday, June 8, 2017**. The Court further requests that, by the same time, relator provide an update regarding the status of his related motions filed with the trial court.

It is so ORDERED.

Judge's signature: /s/ Rebeca Huddle
                            Acting individually

Date:  June 5, 2017